Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 444-4419
Fax (510) 417-4149

Counsel for Defendant
KIERON CARR

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KIERON CARR,<br><br>    Defendant | Case No.: CR 12-407 CW<br><br>STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT TO TRAVEL |

    GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant KIERON CARR may travel outside the Northern District of California to Sacramento, CA leaving this District no earlier than January 25, 2013 and returning no later than January 27, 2013.  During this travel, he will travel within the Eastern District of California.  Present with Mr. Carr will be his aunt, Leitha Stewart (custodian and co-signer on the surety bond) and his mother, Katie Young (also a co-signer on the bond).

    United States Pretrial Services Officer Tim Elder has advised Mr. Carr's counsel that he does not object to the travel proposed by this stipulation.

It is further ORDERED that Mr. Carr shall communicate with Pretrial Services before, during (as directed by Pretrial Services) and immediately after the proposed travel. Mr. Carr is further ordered to provide Pretrial Services with his itinerary (including the location where he will be staying) and a way to contact him during this travel.

All other terms of Mr. Carr's pretrial release shall remain in effect.

SO STIPULATED:

Dated: January 23, 2013 _____/s/_____
Adam Pennella
Counsel for Kieron Carr

Dated: January 23, 2013 MELINDA HAAG
UNITED STATES ATTORNEY

_____/s/_____
Stephan Meyer
Assistant United States Attorney

SO ORDERED:

Dated: 1/24/13 _____
Honorable Donna M. Ryu
United States Magistrate Judge